UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 23-cv-21607-BLOOM/Otazo-Reyes**

T & O INVESTMENTS, LLC,

    Plaintiff,
v.

RODRIGUEZ-PADRON ENGINEERING
& CONSULTING, INC., *et al.*,

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On May 1, 2023, Plaintiff filed a Complaint, ECF No. [1]. The Complaint alleges that Plaintiff is "a limited liability company organized under the laws of the State of Florida" and that Plaintiff is not represented by counsel. *Id.* ¶ 1; *see also id.* at 7 (indicating that Plaintiff is proceeding *pro se*). A limited liability company must be represented by counsel and cannot proceed *pro se*. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).

Separately, the Court finds that the basis for its subject matter jurisdiction is not adequately pleaded. "[I]t is well settled that a federal court is obligated to inquire into subject matter jurisdiction sua sponte whenever it may be lacking." *Bochese v. Town of Ponce Inlet*, 405 F.3d 964, 975 (11th Cir. 2005). It should do so "at the earliest possible stage in the proceedings." *Univ. of S. Ala. v. Am. Tobacco Co.*, 168 F.3d 405, 410 (11th Cir. 1999). Once a federal court determines that it is without subject matter jurisdiction, "the court is powerless to continue." *Bochese*, 405 F.3d at 974-75; *see also* Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action").

Case No. 23-cv-21607-BLOOM/Otazo-Reyes

Plaintiff pleads Federal Question jurisdiction, 28 U.S.C. § 1331, but asserts only state law claims, including negligence and breach of contract, among others. ECF No. [1] ¶¶ 5, 24-29.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 1, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record